# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| HARMON A. "TONY" TALLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 14 CV 00170-ABJ |
| ) | |
| MOUNTAIN VIEW REGIONAL HOSPITAL, ) | |
| CASPER MEDICAL CENTER, LLC, ) | |
| and NATIONAL SURGICAL HEALTHCARE, ) | |
| ) | |
| Defendants. ) | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS

IT IS HEREBY STIPULATED between all parties that plaintiff's claims against all defendants are hereby dismissed with prejudice, each party to pay their own costs and attorneys' fees.

IT IS FURTHER STIPULATED that upon presentment of the original of this stipulated motion that the Court may enter an Order pursuant to the terms hereof.

Respectfully submitted this 21st day of January 2016.

| GARY L. SHOCKEY PC | WHITE AND STEELE, P.C. |
|---|---|
| Gary L. Shockey, #5-1538 | for Lena K. Moeller, #6-3893 |
| 480 South Cache | Dominion Towers, North Tower |
| P.O. Box 10773 | 600 Seventeenth Street, Suite 600N |
| Jackson, WY 83002-0773 | Denver, CO 80202 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |