FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2016 JAN 22  PM 2 07

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| HARMON A. "TONY" TALLEY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOUNTAIN VIEW REGIONAL HOSPITAL, )<br>CASPER MEDICAL CENTER, LLC, )<br>and NATIONAL SURGICAL HEALTHCARE, )<br>)<br>Defendants. ) | Civil Action No. 14 CV 00170-ABJ |

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Stipulation of plaintiff and defendants Mountain View Regional Hospital, Casper Medical Center, LLC and National Surgical Healthcare, and the Court being fully advised in the premises:

HEREBY FINDS that good cause exists to GRANT the Stipulated Motion For Dismissal and hereby ORDERS that plaintiff's claims against all defendants are hereby dismissed with prejudice, each party to pay their costs and attorneys' fees.

DONE this 22d day of Jan. 2016.

BY THE COURT

_[signature]_
Federal Court Judge